UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MICHAEL MASTELLONE, et al.,
Plaintiff(s)

26 civ 9445 (JGK)

-against-

NORTHWELL HEALTH, INC., et al.,
Defendant(s).
--------------------------------------------------------------X

**ORDER**

The parties shall appear, via phone, for a conference on **Tuesday, November 24, 2026, at 3:00pm. Dial-in: 646 453-4442, with Conference ID 675 278 33#.**

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
November 18, 2026