UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MASTELLONE, ET AL.,

Plaintiffs,

- against -

NORTHWELL HEALTH, INC., ET AL.,

Defendants.

26-cv-9445 (JGK)

**Order**

**John G. Koeltl, District Judge:**

The Court held a pre-motion conference for the defendant Alyona Liakos's anticipated motion to dismiss on November 24, 2026.

The defendant Alyona Liakos may move to dismiss by **December 11, 2026.** The plaintiffs may respond by **January 8, 2027**. The defendant Alyona Liakos may reply by **January 22, 2027.**

The plaintiffs should file notices of appearance by **December 11, 2026.** The parties should also notify the Court by joint letter by **December 11, 2026** if the assistance of Magistrate Judge Sarah L. Cave would be useful for settlement purposes.

The defendants shall serve this Order on the plaintiffs and file proof of service by **November 30, 2026.**

SO ORDERED.

Dated: New York, New York
November 24, 2026

John G. Koeltl
United States District Judge